UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/9/2021_
```

MARLENA LATIF,

                  Plaintiff,

-against-

THE CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, KAMLESH PATEL, JACK RIZZO, JOHN DOE(S) and JANE DOE(S)(names currently unknown) each in his/her official and individual capacities,

                  Defendants.

20 Civ. 8248 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiff's letters dated May 28, June 4, and June 8, 2021. ECF Nos. 35–37. With respect to Plaintiff's request for clarification, the Court finds that clarification is unnecessary: Federal Rule of Civil Procedure 15 states that a party may amend its pleading as a matter of course within 21 days after service of a motion under Rule 12(b). *See* Fed. R. Civ. P. 15(a)(1)(B).

    By **June 16, 2021**, Plaintiff shall respond to the pending motion to dismiss. By **July 2, 2021**, Defendants shall file their reply, if any. Also by **July 2, 2021**, Plaintiff shall file a letter requesting leave to move to join additional parties. Additionally, Plaintiff is reminded that at the initial pretrial conference held on May 10, 2021, the Court directed Plaintiff to file any motion for consolidation within two weeks. Plaintiff has failed to do so.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 36 and 37.

    SO ORDERED.

Dated: June 9, 2021
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge