USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/7/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARLENA LATIF,

          Plaintiff,

-against-

THE CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, KAMLESH PATEL, JACK RIZZO, JOHN DOE(S) and JANE DOE(S)(names currently unknown) each in his/her official and individual capacities,

          Defendants.

20 Civ. 8248 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the parties' letters dated June 18 and 21, and July 1 and 5, 2021. ECF Nos. 41, 42, 46, 48. Accordingly:

1. Defendants' request to waive the pre-motion letter requirement is DENIED;
2. Defendants' request to withdraw the motion to dismiss filed at ECF No. 32 is GRANTED; and
3. Defendants' request for an extension of time to oppose Plaintiff's motion to consolidate is GRANTED. By **August 9, 2021**, Defendants shall file their opposition papers. By **August 23, 2021**, Plaintiff shall file her reply, if any.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 32 and 48.

    SO ORDERED.

Dated: July 7, 2021
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge