UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/4/2022
```

MARLENA LATIF,

              Plaintiff,

-against-

THE CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, KAMLESH PATEL, JACK RIZZO, JOHN DOE(S) and JANE DOE(S)(names currently unknown) each in his/her official and individual capacities,

             Defendants.

20 Civ. 8248 (AT)

---

JIMMY EKPE,

             Plaintiff,

-against-

THE CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, KAMLESH PATEL, JACK RIZZO, JOHN DOE(S) and JANE DOE(S)(names currently unknown) each in his/her official and individual capacities,

Defendants.

20 Civ. 9143 (AT)

---

EDDY TOUSSAINT,

             Plaintiff,

-against-

CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, JACK RIZZO, JOHN DOE(S) and JANE DOE(S) (names currently unknown), each in his/her official and individual capacities,

             Defendants.

19 Civ. 1239 (AT)

ANALISA TORRES, District Judge:

The Court is in receipt of the letter from Plaintiffs' counsel, Zachary Gaynor, stating that because he has not been able to identify new counsel willing to take on his clients' representation, he will remain as their attorney in the above-captioned matters until new counsel is identified. *E.g.,* No. 20 Civ. 8248, ECF No. 86. Accordingly, Mr. Gaynor's motion to stay the above-captioned cases and withdraw as counsel of record is DENIED without prejudice to renewal at such time when new counsel has been identified. Mr. Gaynor is expected to vigorously prosecute these cases and comply with all Court-mandated deadlines as counsel of record. To that extent, by **February 11, 2022**, the parties are directed to confer and file a joint status letter on discovery, as directed by Magistrate Judge Freeman on November 18, 2021. 11/18/2021 Dkt. Entry, No. 19 Civ. 1239. The Clerk of Court is directed to terminate the motions pending at ECF No. 126, No. 19 Civ. 1239; ECF No. 78, No. 20 Civ. 9143; and ECF No. 81, No. 20 Civ. 8248.

SO ORDERED.

Dated: February 4, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge