UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARLENA LATIF,

                Plaintiff,                20-CV-08248 (AT) (VF)

      -against-                           **ORDER**

THE CITY OF NEW YORK, THE DEPARTMENT
FOR THE AGING, CARYN RESNICK, SAL RULLAN,
KAMLESH PATEL, JACK RIZZO, JOHN DOE(S) and
JANE DOE(S) (names currently unknown) each in his/her
Official and individual capacities,

                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    On October 3, 2022, this Court granted Plaintiff's motion for leave to file a second amended complaint. See ECF No. 112. Plaintiff included its proposed second amended complaint as an exhibit to that motion, see ECF No. 110-2, but to date has not filed the second amended complaint on the docket in this action. If Plaintiff wishes to file her second amended complaint, she must do so by no later than **Tuesday, December 20, 2022**.

    **SO ORDERED.**

DATED:    New York, New York
                December 13, 2022

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge