UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARLENA LATIF,

             Plaintiff,

   -against-

THE CITY OF NEW YORK, THE DEPARTMENT
FOR THE AGING, CARYN RESNICK, SAL RULLAN,
KAMLESH PATEL, JACK RIZZO, JOHN DOE(S) and
JANE DOE(S) (names currently unknown) each in his/her
Official and individual capacities,

             Defendants.
-------------------------------------------------------------------X

20-CV-08248 (AT) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On December 16, 2022, Plaintiff filed her Second Amended Complaint ("SAC") in this action. See ECF No. 115. Defendants' deadline to answer or otherwise respond to the SAC was Friday, January 6, 2023. See Fed. R. Civ. P. 12. Defendants are hereby directed to submit their responsive pleading by **Friday, January 20, 2023**.

   **SO ORDERED.**

DATED:   New York, New York
              January 10, 2023

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge