UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARLENA LATIF,

                Plaintiff,

-against-

THE CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, KAMLESH PATEL, JACK RIZZO, MICHAEL OGNIBENE, LORRAINE CORTES-VASQUEZ, MICHAEL BOSNICK, JOHN DOE(S) and JANE DOE(S) (names currently unknown) each in his/her official and individual capacities,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2023
```

20 Civ. 8248 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 30, 2023, Defendants filed a pre-motion letter for their anticipated motion to dismiss. ECF No. 122. On January 31, 2023, the Court directed Plaintiff to respond to Defendants' pre-motion letter by February 7, 2023. ECF No. 123. Plaintiff did not respond. Accordingly:

1. By **March 16, 2023**, Defendants shall file their motion to dismiss;
2. By **April 6, 2023**, Plaintiff shall file her opposition;
3. By **April 20, 2023**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: February 9, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge