UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARLENA LATIF,

               Plaintiff,                             20-CV-08248 (AT) (VF)

     -against-                                  **ORDER**

THE CITY OF NEW YORK, THE DEPARTMENT
FOR THE AGING, CARYN RESNICK, SAL RULLAN,
KAMLESH PATEL, JACK RIZZO, JOHN DOE(S) and
JANE DOE(S) (names currently unknown) each in his/her
Official and individual capacities,

               Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

     The parties are directed to submit a status update by May 24, 2024.

     **SO ORDERED.**

DATED:    New York, New York
              April 22, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge