**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: 11-4-2024

The parties are directed to file a joint status update on or before **Friday, November 22, 2024**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 147.



**THE CITY OF NEW YORK**

MURIEL GOODE-TRUFANT
*Acting Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

BRUCE ROSENBAUM
Labor & Employment Law Division
(212) 356-2437
brosenba@law.nyc.gov

October 30, 2024

Honorable Valerie Figueredo (By ECF)
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   Marlena Latif v. City of New York, et al.
              Docket No. 20 CV 08248 (AT) (VF)] [related to 19 CV 1239 (AT) (VF)]

Dear Judge Figueredo:

      I am an Assistant Corporation Counsel in the office Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. I write, on behalf of the parties, to provide a joint status update regarding the above reference action as directed in the Court's memo endorsed order dated October 1, 2024. See ECF Dkt. No. 146. Regretfully, I report that I have been advised by Plaintiff's counsel that she has been hospitalized since mid-October and had not been able to properly consult with her client regarding Defendants' counter offer to Plaintiff's settlement demand. Accordingly, the parties request that they be permitted to provide another joint status report no later than November 22, 2024 by which time Plaintiff's counsel anticipates she will have been discharged from the hospital and have had sufficient time to properly consult with her client regarding Defendants' counter offer to Plaintiff's settlement demand. Should settlement not be reached by then, the parties are prepared to proceed to complete any remaining discovery in this action.

      Respectfully submitted,

      */s/ Bruce Rosenbaum*
      Bruce Rosenbaum
      Assistant Corporation Counsel

Cc:   Asia-Sierra Millette, Esq. (via ECF)
       The Law Office of Asia-Sierra Millette, Esq.
       Attorney for Plaintiff
       236 Fulton Ave., Suite 214
       Hempstead, New York, 11550
       (516) 478-4157
       asia.millette.esq@gmail.com